UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br><br>81 PEARL STREET VENTURE LTD d/b/a BECKETT'S BAR & GRILL and LOUISE PROPERTIES INC.,<br><br><br>　　　　　　　　　　Defendants. | 1:19-cv-6640 (VSB) |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for LOUISE PROPERTIES INC., and requests that copies of all notices and other papers in this case be sent to:

>	PRYOR CASHMAN LLP
> Attn:	Sarah E. Bell, Esq.
>	7 Times Square
>	New York, New York 10036-6569
>	Tel: (212) 326-0401
>	sbell@pryorcashman.com

Dated: New York, New York
　　　　September 27, 2019

>	PRYOR CASHMAN LLP
>
>	By:  /s/ Sarah E. Bell
>	　　　Sarah E. Bell
>	　　　7 Times Square
>	New York, New York 10036-6569
>	(212) 421-4100
>	*Attorneys for Louise Properties Inc.*