UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS<br><br>                                  Plaintiff,<br><br>                -against-<br><br><br>81 PEARL STREET VENTURE LTD d/b/a BECKETT'S BAR & GRILL and LOUISE PROPERTIES INC.,<br><br><br><br>                                  Defendants. | 1:19-cv-6640 (VSB) |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for LOUISE PROPERTIES INC., and requests that copies of all notices and other papers in this case be sent to:

>           PRYOR CASHMAN LLP
>     Attn:   Ross Bagley, Esq.
>             7 Times Square
>             New York, New York 10036-6569
>             Tel: (212) 326-0401
>             rbagley@pryorcashman.com

Dated:  New York, New York
        September 27, 2019

                                        PRYOR CASHMAN LLP

                                        By: _/s/ Ross Bagley_____
                                            Ross Bagley
                                            7 Times Square
                                        New York, New York 10036-6569
                                        (212) 421-4100
                                        *Attorneys for Louise Properties Inc.*